# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1130 | **DATE** | 11/9/2009 |
| **CASE TITLE** | Thompson vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Jury trial held. Jury deliberation concluded. Enter jury verdict. Judgment entered on the verdict and against Defendant City of Chicago pursuant to stipulation to entry of judgment against Defendant City of Chicago [doc. 351]. Jury trial ends. This case is terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|