IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRANCE THOMPSON, | ) |
| Plaintiff, | ) No. 07 C 1130 |
| v. | ) Judge Gary Feinerman |
| CITY OF CHICAGO, CARL SUCHOCKI, TIM MCDERMOTT, and JOHN BURZINSKI | ) Magistrate Judge Michael T. Mason |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Christopher Rudolf Smith
Attorney for Plaintiff, Terrance Thompson
Smith Johnson & Antholt, LLC
1 North LaSalle Street, Suite 3040
Chicago, Illinois 60602
(312) 432-0400
Attorney No. 6201953
FEIN:_____
DATE: 1/8/14

_____
Amanda C. Antholt
Attorney for Plaintiff, Terrance Thompson
Smith Johnson & Antholt, LLC
1 North LaSalle Street, Suite 3040
Chicago, Illinois 60602
(312) 432-0400
Attorney No. 6277047
FEIN:_____
DATE: 1/8/14

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: _____
Thomas Platt, Attorney for Defendants,
Carl Suchocki, Tim McDermott and
John Burzinski
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4833
Attorney No. 6181260
DATE:_____

_____
David Alberto Cerda
Attorney for Plaintiff, Terrance Thompson
Cerda Law Office
3447 North Hoyne Avenue
Chicago, Illinois 60618
(312) 467-9100
Attorney No. 6205954
FEIN:_____
DATE: 1/15/14